35 A.3d 1

COMMONWEALTH of Pennsylvania, Respondent

v.

Ephraim MARRERO, Petitioner.

Supreme Court of Pennsylvania.

Dec. 29, 2011.

 No. 476 EAL 2011.

*ORDER*

PER CURIAM.

**AND NOW,** this 29th day of December, 2011, the Motion for Leave to File Memorandum of Facts and Law in Support of Claims Presented in the Petition for Allowance of Appeal, the Motion to Amend, and the Petition for Allowance of Appeal are hereby **DENIED.**